170 A.3d 297

**LUTAVA**

v.

**EARLE MANOR LTD. P'SHIP**

**Pet. Docket No. 98, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

(No. 9513D, Circuit Court for Montgomery County.)

Petition for writ of certiorari dismissed

170 A.3d 297

**MATTINGLY**

v.

**VERGHESE**

**Pet. Docket No. 184, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

(No. 18–C–16–001438, Circuit Court for St. Mary's County.)

Petition for writ of certiorari denied